CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 12 2008

JOHN F. CORCORAN, CLERK
BY: _____
(DEPUTY CLERK)

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00073 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| O'CONNOR, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND**

**ORDERED** that Riches' complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C.

§ 1915(g); Riches' request to proceed in forma pauperis is **DENIED as MOOT**; and this case will be

**STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying

Memorandum Opinion to plaintiff.

ENTER:   This 12th day of February, 2008.

_____
United States District Judge